UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RONALD COLSON,

                                      Plaintiff,

-against-

WARDEN MINGO; CAPTAIN WILLIAMS; CAPTAIN JOHNSON; CAPTAIN C. BELL; CAPTAIN M. DANIELS; CAPTAIN M. GUMS-FRANCIS; CAPTAIN W. ROSS; C.O. K. ANDERSON; C.O. C. CARTER; C.O. A. HENRY; C.O. O. HYPPOLITE; C.O. T. JACKSON; C.O. E. LOPERA; C.O. D. ORTIZ; AND THE CITY OF NEW YORK, MUNICIPALITY,

                                      Defendants.
------------------------------------------------------------------------ x

[~~PROPOSED~~] *DF*
ORDER

18 Civ. 2765 (AJN) (DCF)

**Honorable Debra ~~C.~~ Freeman**
**United States Magistrate Judge:**

      Upon the application of Defendants for leave to take the deposition of Plaintiff Ronald Colson an inmate, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS FURTHER ORDERED** that the Warden or other official in charge of Green Haven Correctional Facility produce by video conferencing inmate Ronald Colson, DIN No. 13-A-4431, within the facility for the taking of his deposition commencing on December 29, 2020 at 10:00 a.m., and for so long thereafter as the deposition continues;

      **IT IS FURTHER ORDERED** that Plaintiff appear in such place as designated by the Superintendent or other official in charge of Green Haven Correctional Facility so that his deposition may be taken by video conferencing;

- 2 -

**IT IS FURTHER ORDERED** that Plaintiff's deposition will be conducted by remote means pursuant to Rule 30(b)(4); and

**IT IS FURTHER ORDERED** that also present at the deposition by remote means will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: 12/17/2020
New York, New York

SO ORDERED,

*Debra Freeman*

HON. DEBRA ~~C.~~ FREEMAN
UNITED STATES MAGISTRATE JUDGE

(This resolves Dkt. 68.)

Case 1:18-cv-02765-AJN-DCF Document 89 Filed 12/17/20 Page 2 of 2

- 2 -