UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RONALD E. COLSON

                      **Plaintiff,**                  18-CV-02765 (JMF)(VF)

        -against-                              **ORDER**

**WARDEN MINGO, et al,**

                      **Defendants.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On April 27, 2022, this case was reassigned to me for general pretrial supervision. The parties are ordered to file a joint letter no later than **May 10, 2022,** providing the Court an update on the current status of discovery.

SO ORDERED.

DATED:   New York, New York
                May 3, 2022

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022