

**Application Granted**

Valerie Figueredo, U.S.M.J.
DATED: 5-17-2022

This conference is hereby rescheduled to Wednesday, May 25 at 2 p.m.

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
phone: (212) 356-2262
fax: (212) 356-1148
egottste@law.nyc.gov

May 16, 2022

**BY ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>Ronald Colson v. Warden Mingo, et al.</u>
             18 Civ. 2765 (JMF) (VF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney assigned to represent defendants in the above-referenced matter. Defendants write to respectfully request an adjournment of the telephonic status conference currently scheduled for May 18, 2022.[1] This is the first request for an adjournment of this conference, and plaintiff consents to this request.

      Defendants request this adjournment because the undersigned will be in trial in another matter, pending in the Eastern District – *Watson v. Guerra*, Eastern District of New York Civil Docket No. 17-CV-5137 (BMC) (TAM) – which is scheduled to commence on May 17, 2022, and is expected to conclude on either May 18 or May 19, 2022.

      Accordingly, defendants respectfully request that this status conference be adjourned. Counsel for the parties have conferred and propose May 25, 2022, any time after 12:00 noon, or May 23, 2022, any time between 12:00 noon and 3:00 p.m. for the status conference.

---

[1] Defendants apologize for not submitting this request at least 72 hours in advance of the scheduled conference, set forth in § I(e) of Your Honor's Individual Practices in Civil Cases. The undersigned mistakenly thought such requests were to be made at least two days in advance.

We thank the Court for its attention to this matter.

                Respectfully submitted,

                *Evan J. Gottstein*   /s/

                Evan J. Gottstein
                *Assistant Corporation Counsel*
                Special Federal Litigation Division

cc:    Ronald Colson (By Mail)
       *Plaintiff Pro Se*
       DIN 13-A-4431
       Green Haven Correctional Facility
       P.O. Box 4000
       Stormville, New York 12582-4000

       Allan Ahearne, Esq. (By ECF)
       *Pro Bono Counsel for Plaintiff*
       The Ahearne Law Firm, PLLC
       25 Railroad Avenue
       Warwick, New York 10990