UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RONALD R. COLSON,             :
:
                Plaintiff,    :      18-CV-2765 (JMF)
:
   -v-                       :
:      ORDER WITHDRAWING
:      REFERENCE TO
WARDEN MINGO et al.,          :      MAGISTRATE JUDGE
:
                Defendants.   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 26, 2018, the Court referred this case to the assigned Magistrate Judge for general pretrial purposes.  *See* ECF No. 10.  It is hereby ORDERED that the reference is WITHDRAWN.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: January 30, 2023                         _____
       New York, New York                       JESSE M. FURMAN
                                                      United States District Judge