UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RONALD R. COLSON,                                                  :
:
                              Plaintiff,                          :              18-CV-2765 (JMF)
:
          -v-                                                     :                ORDER
:
WARDEN MINGO et al.,                                               :
:
                              Defendants.                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Earlier today, the Court withdrew the prior order of reference to the assigned Magistrate Judge for general pretrial purposes. *See* ECF No. 119. By endorsement dated August 25, 2022, the assigned Magistrate Judge had adjourned the summary judgment briefing deadlines in this case *sine die* and set a deadline for Plaintiff to file a new motion for appointment of pro bono counsel by September 30, 2022. *See* ECF No. 117. On September 27, 2022, Plaintiff filed just such a motion. *See* ECF No. 118. It remains pending.

       Upon reflection, the Court concludes that Defendants should proceed with their planned motion for summary judgment. *See* ECF No. 114. Mindful that Defendants had less than one week left to prepare their motion papers when the deadline was extended *sine die*, *see* ECF No. 115, Defendants shall file any such motion by **February 13, 2023**. The Court will reserve judgment on Plaintiff's motion for appointment of counsel until after it sees Defendants' motion. When ruling on the motion for appointment of counsel, the Court will also set a deadline for Plaintiff to file any opposition to Defendants' motion (and any cross-motion).

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: January 30, 2023                      _____
      New York, New York                     JESSE M. FURMAN
                                              United States District Judge