UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD R. COLSON,

                Plaintiff,

-against-

WARDEN MINGO et al.,

                Defendants.

18-CV-2765 (JGLC)

**NOTICE OF REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 136. Plaintiff's deadline to respond to Defendants' summary judgment motion is **July 12, 2023**. Otherwise, the briefing schedule previously set by the Court, see ECF No. 132, is still in effect. Plaintiff should seek leave for any amendment of the complaint in his opposition to Defendants' summary judgment motion.

      **Plaintiff and counsel for Defendants must familiarize themselves with the Court's Individual Rules and Practices, including those for *pro se* litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: June 29, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge