UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD E. COLSON,<br><br>                             Plaintiff,<br><br>             -against-<br><br>WARDEN MINGO, CAPTAIN WILLIAMS, CAPTAIN JOHNSON, CAPTAIN C. BELL, CAPTAIN M. DANIELS, CAPTAIN M. GUMS-FRANCIS, CAPTAIN W. ROSS, C.O. K. ANDERSON, C.O. C. CARTER, C.O. A. HENRY, C.O. O. HYPPOLITE, C.O. T. JACKSON, C.O. E. LOPERA, C.O. D. ORTIZ and THE CITY OF NEW YORK, MUNICIPALITY,<br><br>                             Defendants. | 18-CV-2765 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      No later than **March 1, 2024**, counsel for Defendants shall submit records demonstrating (1) when trial took place in the criminal case, *People of the State of New York against Ronald Colson*, Queens County Indictment No. 1925-2011, (2) the date Plaintiff was convicted and (3) the date Plaintiff was sentenced. The exhibits cited in ECF No. 26 do not make this clear.

      The present record indicates trial was scheduled to take place on May 17, 2016. ECF No. 131-2. Plaintiff testified that he was sentenced around November 2, 2016. ECF No. 131-6 at 65:24–25. Counsel for Defendants shall submit records making clear whether, on August 30, 2016, Plaintiff had been convicted and if he had been sentenced.

Dated: February 27, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*
                                      JESSICA G. L. CLARKE
                                      United States District Judge