UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD E. COLSON,<br><br>                       Plaintiff,<br><br>   -against-<br><br>WARDEN MINGO, et al.,<br><br>                       Defendants. | 18-CV-2765 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Pursuant to 28 U.S.C. § 1651, the Court grants Plaintiff's application for greater telephone access (ECF Nos. 155–56). Green Haven Correctional Facility is ORDERED to arrange at least one weekly confidential phone call for at least one hour between Plaintiff Ronald Colson (DIN 13-A-4431) and his attorney – Glenn Greenberg of Robinson & Cole, LLP – to discuss matters relating to Mr. Colson's case. The weekly call shall occur at a date and time agreed upon by counsel and the correctional facility.

      This Order takes effect immediately and shall remain in effect unless and until the Court orders otherwise.

      The Clerk of Court is directed to terminate ECF No. 155.

Dated: May 14, 2024
       New York, New York

                                                 SO ORDERED.

                                                 *Jessica Clarke*

                                                 JESSICA G. L. CLARKE
                                                 United States District Judge