UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD E. COLSON,

                Plaintiff,

-against-

WARDEN MINGO, et al.,

                Defendants.

18-CV-2765 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    As discussed at the case management conference on August 7, 2024, the deadline for Defendants to produce the outstanding discovery (*see* ECF No. 181) is EXTENDED to **August 19, 2024**. Any request for extension of this deadline that is not accompanied by an affidavit or declaration from the relevant custodian at the New York City Department of Correction, attesting to why the documents were not timely produced, will be denied. Requests for extension that do not comply with the Court's Individual Rules will also be denied.

    The parties shall confer and submit a joint letter regarding settlement no later than **August 23, 2024**. The parties shall indicate therein if they are amenable to referral for a settlement conference before Magistrate Judge Figueredo.

    The Clerk of Court is directed to terminate ECF Nos. 180 and 182.

Dated: August 7, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge