



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
phone: (212) 356-2262
fax: (212) 356-1148
egottste@law.nyc.gov

August 14, 2024

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Ronald Colson v. Mingo, et al.
          18 Civ. 2765 (JGLC) (VF)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request a one-week extension of time to file their renewed motion for summary judgment and motion to dismiss, from August 16, 2024, until August 23, 2024. This is the first request for an extension of this deadline, and plaintiff consents to this application.

On July 31, 2024, the Court endorsed the parties' proposed briefing schedule for defendants' dispositive motions, which set August 16, 2024, as defendants' deadline to file the motion; September 16, 2024, as plaintiff's deadline to oppose; and September 30, 2024, as defendants' deadline to reply. ECF No. 181. However, due to several unforeseen urgent matters in other cases in the last week, defendants require an additional week to file their renewed motion for summary judgment and motion to dismiss the claims against the newly-added defendants. Defendants also respectfully request corresponding one-week extensions of plaintiff's time to file his opposition and defendants' time to file their reply.

Accordingly, defendants respectfully request the following revised briefing schedule:

Defendants' Motion filed by:          August 23, 2024
Plaintiff's Opposition filed by:       September 23, 2024
Defendants' Reply filed by:           October 7, 2024

Defendants thank the Court for its time and consideration of this application.

Respectfully submitted,

*Evan J. Gottstein*          /s/

Evan J. Gottstein
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    *All Counsel of Record* (<u>Via ECF</u>)

The deadlines for briefing of disposition motions are EXTENDED per the schedule set forth herein.

The Clerk of Court is directed to terminate ECF No. 194.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: August 19, 2024
        New York, New York

2