UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RONALD COLSON,

                         Plaintiff,                      **18-CV-02765 (JGLC)**

        -against-                          **ORDER SCHEDULING**
                                                        **SETTLEMENT CONFERENCE**

WARDEN MINGO et al.,

                         Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, November 18, 2024 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, November 14, 2024.**

      **SO ORDERED.**

DATED:      New York, New York
                  August 22, 2024

                                                                                 _____
                                                                                 VALERIE FIGUEREDO
                                                                                 United States Magistrate Judge