Ira G. Greenberg
TROUTMAN PEPPER LOCKE LLP
Attorneys for Plaintiff
200 Vesey Street, Suite 2001
New York, NY 10281
(212) 415-8600
Ira.greenberg@troutman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

RONALD E. COLSON,

       Plaintiff,                       18 Civ. 2765 (JGLC)

-versus-

MAXSOLAINE MINGO, et al.,

       Defendants.

------------------------------------------------------------------x

Hon. Jessica G.L. Clarke:

TO: MARK MILLER, Superintendent of Green Haven Correctional Facility, Stormville, NY, or his assistant; the DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION OF THE STATE OF NEW YORK; and RALPH SOZIO, United States Marshal for the Southern District of New York, United States Courthouse, New York, NY 10007, or his assistant.

GREETINGS:

We command that Superintendent MARK MILLER have the body of RONALD E. COLSON, No. 13A4431, presently detained in Green Haven Correctional Facility in the custody of the Department of Corrections and Community Supervision, to be brought under safe and secure custody to MDC Brooklyn, 80 29th Street Brooklyn, NY 11232 ("the Correctional Facility"), on March 12, 2025, at 9:00 A.M., for a trial commencing on March 17, 2025, at 9:00 A.M., and that the Department of Corrections and Community Supervision of the State of New

96741385v.1

Case 1:18-cv-02765-JGLC   Document 235   Filed 01/13/25   Page 2 of 3

York shall provide such suitable quarters and provide for the safekeeping, care, and subsistence of RONALD E. COLSON as is necessary until the conclusion of trial in this matter, and that the Department of Corrections and Community Supervision of the State of New York transport RONALD E. COLSON from the Correctional Facility to courtroom 11B of Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312 on March 17, 2025, by 9:00 A.M., and each succeeding trial day until the completion of the trial, and return him to the Correctional Facility at the conclusion of the proceedings each day; and thereafter, upon conclusion of the trial by the Court and satisfaction of this Writ, that the Department of Corrections and Community Supervision of the State of New York shall return RONALD E. COLSON under safe and secure custody to Green Haven Correctional Facility, Green Haven, NY, or such other correctional facility that the Department of Corrections and Community Supervision of the State of New York deems appropriate; and that the Department of Corrections and Community Supervision of the State of New York shall bear all costs of the implementation of the terms of this Writ and provide all necessary security for the custody of RONALD E. COLSON for as long as RONALD E. COLSON is in the custody of the Court.

It is further ordered that, if the Department of Corrections and Community Supervision of the State of New York transfers RONALD E. COLSON from Green Haven Correctional Facility after the date of this Writ and before March 12, 2025, the Department of Corrections and Community Supervision of the State of New York shall transport RONALD E. COLSON to the Correctional Facility in accordance with all other provisions of this Writ.

9674 1385v.1

WITNESS Hon. Jessica G.L. Clarke, United States District Judge, United States

District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-

1312, on this ___13___ day of ___January___, 2025.

_Tammi M. Hellwig_

CLERK, United States District
Southern District of New York

THE FOREGOING WRIT IS ALLOWED
THIS ___13___ DAY OF ___January___, 2025

_Jessica Clarke_

Hon. Jessica G.L. Clarke
United States District Court

96741385v.1