

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
phone: (212) 356-2262
fax: (212) 356-1148
egottste@law.nyc.gov

February 4, 2025

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: <u>Ronald Colson v. Mingo, et al.,</u> 18 Civ. 2765 (JGLC) (VF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write to respectfully request an extension of time until February 18, 2025 to move to quash a pair of trial subpoenas that plaintiff recently served on defendant Walter Ross and now-former defendant City of New York. Plaintiff consents to this request.

      On January 21, 2025, plaintiff served subpoenas on defendant Ross and former defendant City, seeking defendant Ross's and the City's appearance and testimony at trial on March 17, 2025, and also commanded the City and Captain Ross to bring the following physical items to trial: "(1) The riot gear worn by Edwin Lopera, Mark Daniels, Walter Ross, Daniel Ortiz, and Alason Henry when they boarded the transport bus at issue on August 31, 2016; however, if the riot gear either is unavailable or no longer fits, riot gear of the type they wore then but in a size that fits them now"; and "(2) MK-3, MK-4, MK-6, and MK-9 cannisters of the type that the ESU had available, carried, or deployed on August 31, 2016."

      Defendants have advised plaintiff in writing that they object to these subpoenas, but we are currently working to determine if any reasonable compromise can be made before seeking judicial intervention.

      Accordingly, defendants request an extension of time until February 18, 2025 to move to quash the trial subpoenas.

2

Defendants thank the Court for its time and consideration of this matter.

Respectfully submitted,

*Evan J. Gottstein*          /s/

Evan J. Gottstein
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   *All Counsel of Record* (Via ECF)

Application GRANTED. Defendants to move to quash subpoenas by **February 18, 2025**. The Clerk of Court is directed to terminate ECF No. 244.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: February 5, 2025
        New York, New York