UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD COLSON,

                    Plaintiff,

          -against-

MAXSOLAINE MINGO, MUNISH CHOPRA,
ENJOLI MURRIA, MARK DANIELS, WALTER
ROSS, KEVIN ANDERSON, CEDRIC CARTER,
ALASON HENRY, EDWIN LOPERA, and
DANIEL ORTIZ,

                    Defendants.

18-CV-2765 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

As discussed at the Final Pretrial Conference today, parties shall submit letters in advance

of trial on the following matters:

- By **March 10, 2025**, Defendants shall submit a letter detailing their requests for

  clarification on the Order on Motions *in Limine*.

- By **March 12, 2025**, parties shall submit proposed stipulations regarding prior

  statements made by Corporation Counsel during discovery. If the parties cannot reach

  an agreement, the Court will consider whether to admit the related email exhibits and

  may reconsider its ruling on the motion *in limine* prohibiting the subpoena of counsel

  for testimony.

- By **March 12, 2025**, Defendants shall resubmit objections to Plaintiff's proposed

  exhibits either stating their grounds for contesting admission or stating that they have

  no objection.

- By **March 13, 2025**, Defendants shall submit a response to Plaintiff's objections to the language regarding the appropriate excessive force standard in the Preliminary Instructions. Plaintiff may reply by **March 16, 2025**.

Dated:  March 6, 2025
        New York, New York

                                SO ORDERED.

                                _Jessica Clarke_

                                JESSICA G. L. CLARKE
                                United States District Judge