Ira G. Greenberg
TROUTMAN PEPPER LOCKE LLP
Attorneys for Plaintiff
200 Vesey Street, Suite 2001
New York, NY 10281
(212) 415-8600
Ira.greenberg@troutman.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

RONALD E. COLSON,

        Plaintiff,                                    18 Civ. 2765 (JGLC)

-versus-

MAXSOLAINE MINGO, et al.,

        Defendants.

------------------------------------------------------------------x

Hon. Jessica G.L. Clarke:

TO: MARK MILLER, Superintendent of Green Haven Correctional Facility, Stormville, NY, or his assistant; the DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION OF THE STATE OF NEW YORK; and RALPH SOZIO, United States Marshal for the Southern District of New York, United States Courthouse, New York, NY 10007, or his assistant.

GREETINGS:

We command that Superintendent MARK MILLER have the body of RONALD E. COLSON, No. 13A4431, presently detained in Green Haven Correctional Facility in the custody of the Department of Corrections and Community Supervision, to be brought under safe and secure custody to the United States District Courthouse, 500 Pearl Street, courtroom 11B, New York, NY 10007, on March 17, 2025, at 9:00 A.M., ~~(or, if Mr. Colson is permitted to go to his grandmother's funeral, on March 18, 2025)~~ for a trial commencing on March 17, 2025, at

96741385v.1

March 18, 19, 20, 21, 24, and 25, 2025

9:30 A.M., and each of the following dates thereafter until the trial concludes: ~~March 19, 20, 24, and 25, 2025~~, and that the Department of Corrections and Community Supervision of the State of New York shall provide such suitable quarters and provide for the safekeeping, care, and subsistence of RONALD E. COLSON as is necessary, and thereafter, upon conclusion of the trial by the Court and satisfaction of this Writ, that the Department of Corrections and Community Supervision of the State of New York shall return RONALD E. COLSON under safe and secure custody to Green Haven Correctional Facility, Stormville, NY, or such other correctional facility that the Department of Corrections and Community Supervision of the State of New York deems appropriate; and that the Department of Corrections and Community Supervision of the State of New York shall bear all costs of the implementation of the terms of this Writ and provide all necessary security for the custody of RONALD E. COLSON for as long as RONALD E. COLSON is in the custody of the Court.

WITNESS Hon. Jessica G.L. Clarke, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on this __12__ day of March, 2025.

_____
CLERK, United States District
Southern District of New York

THE FOREGOING WRIT IS ALLOWED
THIS __12__ DAY OF __March__, 2025

*Jessica Clarke*
_____
Hon. Jessica G.L. Clarke
United States District Court

96741385v.1