UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RONALD COLSON,

        Plaintiff,

v.

MAXSOLAINE MINGO, MUNISH CHOPRA, ENJOLI MURRIA, MARK DANIELS, WALTER ROSS, KEVIN ANDERSON, CEDRIC CARTER, ALASON HENRY, EDWIN LOPERA, AND DANIEL ORTIZ,

        Defendants.
-----------------------------------------------------------------x

**ORDER**
Case No. 18 Civ. 2765 (JGLC)

**JESSICA G. L. CLARKE, United States District Judge**

    **IT IS HEREBY ORDERED:** That the Court Security Officers or other individuals in charge of admitting the public into the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, allow counsel for the defendants, attorneys with the Office of Corporation Counsel, to bring the following items, property of the New York City Department of Correction:

1. Two (2) Ballistic/protective vests;
2. Two (2) Ballistic/protective helmets;
3. One (1) Sabre Law Enforcement Inert Training Unit MK-4; and
4. One (1) Sabre Law Enforcement Inert Training Unit MK-9,

Pertaining to the above-captioned matter, into the United States District Court so that it may be used for the purpose of trial before the Hon. Jessica G.L. Clarke, U.S.D.J., beginning on March 17, 2025, and continuing until on or about March 26, 2025.

Dated: New York, NY
       March 17, 2025

*Jessica Clarke*
_____
HON. JESSICA G. L. CLARKE, U.S.D.J.