**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RONALD COLSON,

                Plaintiff,                18 **CIVIL** 2765 (JGLC)

      -against-                             **JUDGMENT**

MAXSOLAINE MINGO, MUNISH CHOPRA,
ENJOLI MURRIA, MARK DANIELS, WALTER
ROSS, KEVIN ANDERSON, CEDRIC CARTER,
ALASON HENRY, EDWIN LOPERA, and DANIEL
ORTIZ

                DefendantS.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jessica G. L. Clarke, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
             March 28, 2025

                                                              **TAMMI M. HELLWIG**

**So Ordered:**                                              Clerk of Court

                                                      BY:

*Jessica Clarke*
U.S.D.J.                                                Deputy Clerk